IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ANTHONY GAY,

    Petitioner,

-vs-

GREG LAMBERT,

    Respondent.　　　　　　　　　　　　No. 12-cv-1065-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter came before the Court on Petitioner's Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Order entered by this Court on July 22, 2013, Respondent's Motion to Dismiss is **GRANTED** and the Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. §2254 is **DISMISSED with prejudice**.

                                    NANCY J. ROSENSTENGEL,
                                    CLERK OF COURT

                                  BY:  *s/Sara Jennings*
                                    **Deputy Clerk**

**Dated:** July 22, 2013

Digitally signed by David R. Herndon
Date: 2013.07.22 16:27:24 -05'00'

APPROVED:
    CHIEF JUDGE
    U. S. DISTRICT COURT